Norwood Earl **REDFEARN** and Jimmy
Lamar Ricks, Appellants,

v.

**UNITED STATES of America,**
Appellee.

No. 23718.

United States Court of Appeals
Fifth Circuit.

April 17, 1967.

Edwin A. Carlisle, Carlisle & Chason,
Cairo, Ga., for appellants.

Walker P. Johnson, Jr., Sampson M.
Culpepper, Asst. U. S. Attys., Macon, Ga.,
Floyd M. Buford, U. S. Atty., for appellee.

Before TUTTLE, Chief Judge, AINSWORTH, Circuit Judge, and FULTON,
District Judge.

PER CURIAM:

We have carefully considered the contention of the appellants that the trial
court erred in permitting the principal
prosecution witness to testify extensively from a statement made up by him from
his original field notes, thereafter destroyed. It is clear from a reading of
the transcript of the trial that the witness testified that his recollection was
refreshed by the written statement. We,
therefore, conclude that the trial court
did not err in permitting his testimony
to be received in evidence even though
on some occasions he stated that without reference to the written statement he
could not recall all of the events that had
transpired.

The judgment is affirmed.